AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

United States Courts
Southern District of Texas
FILED

*May 12, 2026*

Nathan Ochsner, Clerk of Court

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Edwin Omar Ferrera Casares | ) | Case No.  **4:26-mj-305** |
|  | ) | |
|  | ) | |
|  | ) | |
|  | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 6, 2026 _____ in the county of _____ Harris _____ in the _____ Southern _____ District of _____ Texas _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326 (a) and (b) | a native and citizen of Honduras, and an alien who had been previously deported from the United States, subsequent to having been convicted of a crime defined as a felony, was found unlawfully in the United States at Houston, Texas, the said defendant having not obtained the consent before March 2003 from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003 from the Secretary of Homeland Security pursuant to 6 U.S.C. §§ 202(3) and (4) and 6 U.S.C. § 557, |

This criminal complaint is based on these facts:

See Attached Affidavit in support of the Criminal Complaint

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeremiah Jensen, ICE Deportation Officer
*Printed name and title*

Sworn to me telephonically.

Date:  _____ May 12, 2026 _____

_____
*Judge's signature*

City and state:  _____ Houston, Texas _____    U.S. Magistrate Judge Christina A. Bryan
*Printed name and title*

**4:26-mj-305**

## <u>AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT</u>

I, Jeremiah Jensen, being duly sworn by telephone, hereby depose and say:

(1)     I am a Deportation Officer with the United States Immigration and Customs Enforcement ("ICE") and have served in that capacity since June 01, 2025.

(2)     On May 06, 2026, ICE ERO was made aware of the unlawful presence of Edwin Omar Ferrera Casares (hereinafter Defendant), in the United States as a result of information provided by the Harris County Jail, in Houston, Harris County, TX. On May 11, 2026, the Defendant was identified as being amenable to prosecution for violation of 8 U.S.C. § 1326(a) and 1326(b).

(3)     Based upon the information from ICE's records as described below, and my training and experience, I submit that there is probable cause to believe that the Defendant is in violation of 8 U.S.C. § 1326(a) and 1326(b).

(4)     <u>Element One:</u> The Defendant is a citizen and national of Honduras and not a native, citizen, or national of the United States.

(5)     <u>Element Two:</u> The Defendant has previously been deported or removed from the United States on the following occasion(s):
   a. 10/19/2016
   b. 09/24/2012
   c. 08/10/2007
   d. 04/24/2003
   e. 01/16/2003

(6)     <u>Element Three:</u> After deportation, the Defendant was subsequently found in the United States on May 06, 2026, in Harris County, Texas which is within the Houston Division of the Southern District of Texas. Additionally, I consulted with ICE's Law Enforcement SupportCenter ("LESC") to determine whether, in the past five years and after the Defendant's last deportation, the Defendant had been encountered by law enforcement prior to the date specified earlier in this paragraph. On May 11, 2026, LESC confirmed the most recent encounter occurred on or about the date referenced above.

(7)     <u>Element Four:</u> The Defendant did not have permission to re-enter the United States. On May 11, 2026, I reviewed the contents of the Alien File associated with this Defendant and/or available database information. I found no indication that the Defendant has ever received permission from the Attorney General of the United States, or the Secretary of the Department of

Homeland Security, to apply for admission to the United States following deportation from the United States.

(8)    The Defendant has the following prior criminal history and/or gang affiliation:

a.  On May 05, 2026, the Defendant was arrested by the Houston Police Department in Houston, Texas, for the offense of Criminal Trespass. Case dismissed.

b.  On January 8, 2016, the Defendant was convicted in the United States District Court, District of Arizona, for the offense of Reentry of a Removed Alien, under case CR 15-01686-001-TUC-CKJ(BGM). For this offense, a felony, the Defendant was sentenced to 12 months with Bureau of Prisons (BOP).

c.  On July 6, 2006, the Defendant was convicted in the United States District Court, Southern District of Florida, West Palm Beach Division, for the offense of Illegal Reentry of Previously Deported Alien, under case 06-80047-CR-HURLEY. For this offense, a felony, the Defendant was sentenced to 10 months with Bureau of Prisons (BOP)

d.  On August 21, 2002, the Defendant was convicted in the 209th District Court of Harris County, Texas, for the offense of Assault, under case 921441. For this offense, a misdemeanor, the Defendant was sentenced to 180 days in the Harris County Jail.

On May 11, 2026, I contacted the U.S. Attorney's Office, Southern District of Texas, Houston Division, concerning this criminal complaint.  On or about that day, Assistant U.S. Attorney Lauren Valenti (713) 597-0997 accepted this case for prosecution for a violation of 8 U.S.C. § 1326(a) and 1326(b).

Jeremiah Jensen
Deportation Officer
United States Department of Homeland Security
U.S. Immigration & Customs Enforcement

Signed and sworn telephonically before me this 12th day of May 2026, and I find probable cause.

Hon. Christina A. Bryan
United States Magistrate Judge
Southern District of Texas